Joseph R. Manning, Jr., Esq.  (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote. Esq. (State Bar No. 132885)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.:  8:18-cv-00668-CJC-AS |
| Plaintiff, | Hon. Cormac J. Carney |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| THE PROFESSIONAL PHARMACY, a business of unknown form; ROBERT S. TSAI & JUDY M. TSAI, Husband and Wife, As Trustees, And the subsequent Trustees, of THE TSAI FAMILY TRUST DATED FEBRUARY 11, 1998; and Does 1-10, | Complaint Filed: April 20, 2018<br>Trial Date: None |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmen John Perri ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own expert fees, costs and expenses and attorneys' fees.

Respectfully submitted,

DATED : June 25, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*

    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Carmen John Perri

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 25, 2018                    **MANNING LAW, APC**


By:    */s/ Joseph R. Manning, Jr., Esq.*
Joseph R. Manning, Jr., Esq.
Attorney for Plaintiff,
Carmen John Perri

2
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE